(115 So. 71)

## ALLRED v. STATE. (6 Div. 254.)

Court of Appeals of Alabama. Jan. 10, 1928.

J. T. Johnson, of Oneonta, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

Brief did not reach the Reporter.

SAMFORD, J. It was error to allow the state's witnesses Graves and McPherson to testify over the objection and exception of defendant that they did testify before the grand jury that one of the parties at the still was this defendant, but we have read the evidence, and from the entire record we are of the opinion that the substantial rights of the defendant were not affected thereby.

We find no prejudicial error in any ruling of the court, and the judgment is affirmed.

Affirmed.